STATE OF NEW JERSEY v. ALBERT GETZ.

July 23, 1974. Petition for certification denied.

LOUIS J. COSTANZA, JR. v. ROSE COSTANZA.

June 18, 1974. Certification to Law Division, Superior Court is granted.

JOSEPH LEE MOORE v. LOCAL UNION #483.

July 23, 1974. Certification to Chancery Division, Superior Court is granted.

STATE OF NEW JERSEY v. PETER CORSO.

July 23, 1974. Certification to Chancery Division, Superior Court is granted.

CLARA SMALL v. ROBERT D. ROCKFELD.

June 18, 1974. Certification to Law Division, Superior Court is granted.